Sean Flynn (SBN 15408)
SFLYNN@GRSM.COM
GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street
Suite 424
Reno, NV 89501
Telephone: (775) 467-2610
Facsimile: (775) 460-4901

*Attorneys for Defendant*
*Cook County Health*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NOEL CARTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COOK COUNTY HEALTH and PERRY JOHNSON & ASSOCIATES, INC.,<br><br>Defendants. | CASE NO. 2:23-cv-01866<br><br>**STIPULATION TO EXTEND DEFENDANT COOK COUNTY HEALTH'S DEADLINE TO RESPOND TO COMPLAINT** |

TO THIS HONORABLE COURT, TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, AND TO ALL PARTIES THROUGH THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Federal Rule of Civil Procedure, Rule 6(b) and Local Rule 6-1, Plaintiff Noel Carter, on the one hand, and Defendant Cook County Health ("CCH") on the other hand, stipulate to an extension of time for CCH to respond to Plaintiff's complaint in this matter.

CCH's response is currently due on December 11, 2023.

On or about November 20, 2023, CCH retained Gordon & Rees LLP as counsel in this matter. CCH has requested an extension of time to respond to the Complaint, up to and including January 29, 2024. Plaintiff has agreed to the extension.

There does not appear to have been entered a scheduling order in this case; thus, there are no dates set for trial, motions, or discovery.

IT IS HEREBY STIPULATED that CCH shall have up to and including January 29, 2024, to respond to Plaintiff's complaint.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 11, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Sean Flynn*
Sean Flynn
*Attorneys for Defendant Cook County Health*

Dated: December 11, 2023

STRANCH, JENNINGS & GARVEY, PLLC

By: /s/ *Nathan R. Ring*
Nathan R. Ring
*Attorneys for Plaintiff Noel Carter*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 11, 2023

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
DRAFT Stip to Extend Time to Answer (Carter)(84118015.1) - 12/11/2023 1:14 PM